UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER,<br><br>    Plaintiff,<br><br>    v.<br><br>WALMART PHOTOLAB,<br><br>    Defendant. | Case No. 19-cv-00777-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed as frivolous and for failure to state a claim.

**IT IS SO ORDERED.**

Dated: March 14, 2019

_____
JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERIC MEYER, | |
|---|---|
| Plaintiff, | Case No. 19-cv-00777-JD |
| v. | **CERTIFICATE OF SERVICE** |
| WALMART PHOTOLAB, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 14, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: March 14, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO